ACCEPTED
04-15-00260-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 1:28:29 PM
KEITH HOTTLE
CLERK

NO. 04-15-00260-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 1:28:29 PM
KEITH E. HOTTLE
Clerk

KAFAI LEE

V.

KENNETH LAU, CONNIE ANDREWS, CHINA ROSE MANAGEMENT, LLC,
AND CHINA ROSE, LTD.

ON APPEAL FROM THE 45TH DISTRICT COURT, BEXAR COUNTY, TEXAS
CAUSE NO. 2012-CI-12940

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO
FILE APPELLEES' BRIEFS**

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellees Kenneth Lau, Connie Andrews, China Rose Management, LLC, and China Rose, Ltd. respectfully present this unopposed first motion to extend time in which to file their Appellees' Briefs pursuant to Texas Rule of Appellate Procedure 38.6. No previous motions for extension of time to file the Appellees' Briefs have been filed. In support of this motion, Appellees would show the Court as follows:

## I.

Appellees' Briefs are currently due on October 5, 2015. Because of the events and matters described more fully below, Appellees request an extension of an additional 30 days in which to file their Appellees' Briefs or until November 4, 2015.

## II.

The requested extension is necessary because the following matters have prevented the undersigned from completing the Appellees' Briefs and will preclude the undersigned from doing so sooner than November 4, 2015:

1. The undersigned drafted and filed the appellees' brief in *In re Jack Ikenaga, Sr., Deceased*, No. 04-15-00005-CV, which was due on September 23, 2015;

2. The undersigned is lead appellate counsel in *Trent Lindig v. Pleasant Hill Rocky Community Club*, No. 03-15-00051-CV and is preparing a motion for rehearing, which is due on October 14, 2015;

3. The undersigned is lead appellate counsel in *Hindes v. La Salle County*, No. 04-14-00651-CV and is preparing a motion for rehearing, which is due on October 12, 2015;

4. The undersigned is lead appellate counsel in *In re High Performance Ropes of America et al.*, No. 15-0422 and is preparing a reply brief in support of petition for writ of mandamus; and

5. Sylvan Lang, Jr. is out of the office attending depositions during the week of September 28, 2005, is attending hearings in Dallas and Corpus Christi during the week of October 12, 2015, and is scheduled to begin trial on October 26, 2015.

For all of the reasons explained above, counsel for Appellees cannot complete the Appellees' Briefs by their current due date of October 5, 2015, and need an additional 30 days in which to do so.

### III.

On September 21, 2015, the undersigned conferred with Todd A. Prins, counsel for Appellant. Mr. Prins indicated that Appellant would not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request that this Court grant their motion for extension of time in which to file their Appellees' Briefs, extend the deadline in which to file the brief an additional 30 days up to and including November 4, 2015, and grant such other and further relief to which Appellees may be justly and equitably entitled.

Respectfully submitted,


/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0882
Facsimile: (210) 826-0075
sam@hdappeals.com

SYLVAN S. LANG, JR.
State Bar No. 11898700
LANG LAW FIRM, P.C.
13409 N.W. Military Hwy., Suite 210
San Antonio, Texas 78231
Telephone: (210) 479-8899
Facsimile: (210) 479-0099
sylvan@langfirm.com

THOMAS G. KEMMY
State Bar No. 11254600
LAW OFFICES OF THOMAS G.
KEMMY
332 W. Woodlawn Ave.
San Antonio, Texas 78212
Telephone: (210) 735-2233
Facsimile: (210) 736-9025
tkemmy@sbcglobal.net

ATTORNEYS FOR APPELLEES

4

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel in accordance with the Texas Rules of Appellate Procedure, on this 28th day of September, 2015:

Todd A. Prins                               *via email/eservice*
PRINS LAW FIRM
4940 Broadway, Ste. 108
San Antonio, Texas  78209
Email: taprins@prinslaw.com


/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III